IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEILA THOMAS, | |
| Plaintiff, | 8:23CV177 |
| vs. | |
| CHILDREN'S HOSPITAL OMAHA, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered on today's date, judgment is hereby entered in favor of Defendant and against Plaintiff. This case is dismissed with prejudice.

Dated this 28th day of July, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge